IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ANA HADDY and GEORGE HADDY,    Plaintiffs, | § § § | |
| v. | § § | No. EP-06-CA-0324-FM |
| UNITED STATES OF AMERICA,    Defendant. | § § § | |

**O R D E R**

On this day came on to be considered Defendant's Motion to Dismiss, or, In the Alternative, Motion for Summary Judgment.  The Court, having considered the Motion, finds that the Motion is meritorious and should be GRANTED.

THEREFORE IT IS ORDERED that judgment in favor of the Defendant be in all things GRANTED.  It is further ORDERED that this case be, and is hereby DISMISSED with prejudice.

SIGNED and ENTERED this _____ day of _____, 2007.


_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE