AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| ANA HADDY and GEORGE HADDY | ) |
| | ) |
| v. | )  Case No.:  EP-06-CA-0324-FM |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |

## Bill of Costs

Judgment having been entered in the above entitled action ___02/29/2008___ against __Pls. Ana & George Haddy__ ,
                                                                           Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,691.00 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . | 183.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL   $ | 1,874.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner: John Caldwell, Jr., P.O. Box 1405, Fairacres, N.M.   88033-1405

☐   Electronic service by e-mail as set forth below and/or.

☑   Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:   _Katherine Lehmann_

Name of Attorney:   Katherine A. Lehmann, Special Assistant U.S. Attorney

| | | |
|---|---|---|
| For: United States of America | | Date: ___03/18/2008___ |
| Name of Claiming Party | | |

Costs are taxed in the amount of _____ and included in the judgment.

| | By: | | |
|---|---|---|---|
| Clerk of Court | | Deputy Clerk | Date |

AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## ATTACHMENT 1

### FEES OF THE COURT REPORTER FOR ALL OR ANY PART OF THE STENOGRAPHIC TRANSCRIPT AND FOR OBTAINING PERTINENT RECORDS NECESSARILY OR OBTAINED FOR USE IN THE CASE

| | | |
|---|---|---|
| 1 | Court Reporter Brannon Raspberry fee for Deposition of Plaintiffs Ana Haddy and George Haddy, taken on June 14, 2007 | 1,141.00 |
| 2 | Patricia Hernandez, Interpreter/Translator for Ana Haddy on June 14, 2007 | 550.00 |
| | | 1,691.00 |

# BRANNON RASBERRY & ASSOCIATES, INC.

*CERTIFIED SHORTHAND REPORTERS*
*300 E. MAIN, SUITE 1024*
*EL PASO, TEXAS 79901-1350*
*(915) 533-1199   1-800-526-5913*
*TELEFAX (915) 542-1661   IRS ID# 74-2544807*

MS. KATHERINE A. LEHMANN                    June 21, 2007
U.S. ATTORNEY'S OFFICE
700 E. SAN ANTONIO, SUITE 200              **Invoice#** 137062
EL PASO, TX 79901-7020
                                            **Balance:** $1,141.00


**Re:** ANA HADDY AND GEORGE HADDY VS. UNITED STATES OF AMERICA
     EP-06-CA-0324-FM
     *on* 06/14/07 *by* MAYELA RIVERA


## *Invoicing Information*

| Charge Description | | | Amount |
|---|---|---|---|
| ORIGINAL AND COMPLIMENTARY COPY OF THE INTERPRETED | | | |
| DEPOSITION OF: ANA HADDY ($647.50) | | | |
| | 125 | PAGE(S) | 625.00 |
| | 3 | EXHIBIT(S) | .75 |
| | 1 | COLOR COPIES(S) | 1.25 |
| | 2 | TAB(S) | .50 |
| | 1 | E-MAIL(S) | 20.00 |
| ORIGINAL AND COMPLIMENTARY COPY OF THE DEPOSITON | | | |
| OF: GEORGE HADDY ($493.50) | 105 | PAGE(S) | 472.50 |
| | 2 | EXHIBIT(S) | .50 |
| | 2 | TAB(S) | .50 |
| | 1 | E-MAIL(S) | 20.00 |

I CERTIFY THAT SERVICES
HAVE BEEN RECEIVED/RENDERED

*L. Lehmann*      22 Jun 07

SIGNATURE            DATE
1.5% per month on unpaid balance
PLEASE CHECK APPROPRIATE BLOCK:

Partial Payment _____

Final Payment _____      **P l e a s e   R e m i t   - - - >   Total Due: $1,141.00**


*PLEASE CALL US FOR ALL YOUR VIDEO, SUBPEONA/*
*PROCESS SERVICE NEEDS. THANK YOU FOR YOUR BUSINESS*

**If payment mailed by 07/06/07, remit only   $1,083.95**



PATRICIA HERNANDEZ, Interpreter/Translator
SS # 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
112 Silver Shadow
El Paso, Texas 79912
Tel. (915) 474-3993

Date:        June 14, 2007

Bill to:     United States Attorney
             700 E. San Antonio, Suite 200
             El Paso, Texas   79901
             Tel. (915) 534-3455          Fax (915) 534-6861

Attention:  Ms. Katherine A. Lehmann, Special Assistant U.S. Attorney

Interpretation Services provided on June 14, 2007
Location:       Brannon Rasberry and Associates West Side Office

Deponent(s): ANA HADDY

**Case Number: EP-06-CA-0324-FM**
**ANA HADDY AND GEORGE HADDY, Plaintiffs**
**Vs.**
**UNITED STATES OF AMERICA**

I CERTIFY THAT SERVICES
HAVE BEEN RECEIVED/RENDERED

_K. Lehmann_        6/25/07

SIGNATURE              DATE

Rate:        $100.00/hour          PLEASE CHECK APPROPRIATE BLOCK:
             9:00 am to 3:30 pm    Partial Payment
             MINUS 1 hour for luch  Final Payment     ✓

                                    TOTAL:      $550.00

Payable Upon Receipt

THANK YOU FOR USING MY SERVICES

_Patricia Hernandez_
_6-14-07_

| | ATTACHMENT 2<br><br>FEES FOR EXEMPLIFICATION AND COPIES NECESSARILY OBTAINED FOR USE IN THE CASE | TOTAL |
|---|---|---|
| 1 | Complaint and Summons[1] - consisting of 4 pages, 2 copies[2] | 1.20 |
| 2 | Defendant's Original Answer–consisting of 6 pages, 2 copies[3] | 1.80 |
| 3 | Scheduling Order–consisting of 6 pages, 1 copy | .90 |
| 4 | Order requiring parties to submit Scheduling Order - consisting of 2 pages, 1 copy | .30 |
| 5 | Court's Scheduling Order - consisting of 4 pages, 1 copy | .60 |
| 6 | Defendant's Magistrate Docketing--consisting of 3 pages, 2[4] copies | .45 |
| 7 | Order Amending Scheduling Order - consisting of 2 pages, 1 copy | .30 |
| 8 | Plaintiff's Motion to Extend Time - consisting of 7 pages, 1 copy | 1.05 |
| 9 | Defendant's Response in Partial Opposition to Plaintiffs' Motion to Extend Time - consisting of 7 pages, 1 copy | 1.05 |
| 10 | Order Denying Without Prejudice Plaintiffs' Motion to Extend - consisting of 2 pages, 1 copy | .30 |
| 11 | Plaintiffs' Unopposed Motion to Extend Time - consisting of 4 pages, 1 copy | .60 |
| 12 | Scheduling Order - consisting of 1 page, 1 copy | .15 |
| 13 | Order Granting In Part and Denying In Part Plaintiffs' Unopposed Motion to Extend Time - consisting of 2 pages, 1 copy | .30 |
| 14 | Defendant's Unopposed Motion to Amend The Trial Date - consisting of 5 pages, 1 copy | .75 |
| 15 | Order regarding Defendant's Unopposed Motion to Amend the Trial Date - consisting of 1 page, 1 copy | .15 |
| 16 | Defendant's Motion to Dismiss, Or, In The Alternative, Motion for Summary Judgment - consisting of 76 pages 1 copy | 11.40 |

---

[1] Two copies as follows: one copy for department agency counsel and one copy to Civil Division, Washington, D.C.

[2] Per page charge at .15 cents.

[3] Filed traditionally, copy to Court, copy to Plaintiff, copy for U.S. Attorney's file

[4] Copy for Plaintiff's counsel and one copy to agency counsel.

| | ATTACHMENT 2 <br><br> FEES FOR EXEMPLIFICATION AND COPIES NECESSARILY OBTAINED FOR USE IN THE CASE | TOTAL |
|---|---|---|
| 17 | Order Granting Defendant's Motion to Dismiss, Or, In The Alternative, Motion for Summary Judgment - consisting of 9 pages, 1 copy | 1.35 |
| 18 | Final Judgment - consisting of 1 page, 1 copy | .15 |
| 19 | US' 26(a) Disclosures - consisting of 4 pages, 2 copies | .60 |
| 20 | Defendant United States' First Requests for Production of Documents to Plaintiffs - consisting of 16 pages, 1 copy | 4.80 |
| 21 | Defendant United States' First Set of Interrogatories to Plaintiffs Ana and George Haddy - consisting of 8 pages, 2 copies | 1.20 |
| 22 | Plaintiffs' Rule 26(a) Initial Disclosures - consisting of 6 pages, 1 copy | .90 |
| 23 | Defendant United States of America's Notice of Intent To Take Oral Deposition with Duces Tecum of George Haddy - consisting of 5 pages, 3 copies | .75 |
| 24 | Defendant United States of America's Notice of Intent To Take Oral Deposition with Duces Tecum of Ana Haddy - consisting of 5 pages, 3 copies | .75 |
| 25 | Plaintiffs' Answers to Defendant's First Set of Interrogatories - consisting of 9 pages, 1 copy | 1.35 |
| 26 | Plaintiffs' Responses to Defendant United States' First Request for Production - consisting of 5 pages, 1 copy | .75 |
| 27 | Plaintiffs' First Request for Production to Defendant United States - consisting of 4 pages, 1 copy | .60 |
| 28 | Plaintiffs' Answers to Defendant's First Set of Interrogatories - consisting of 11 pages, 1 copy | 1.65 |
| 29 | Plaintiffs' First Set of Interrogatories - consisting of 4 pages, 1 copy | .60 |
| 30 | Defendant's Objections and Responses to Plaintiffs' First Request for Production - consisting of 6 pages, 2 copies | .90 |
| 31 | Defendant United States' Objections and Answers To Plaintiffs' First Interrogatories - consisting of 11 pages, 1 copy | 3.30 |
| 32 | Medical Records to Defendant's Expert for review-consisting of 947 pages, 1 copy | 142.05 |
| | **TOTAL:** | $183.00 |