UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2008 APR 11 AM 9:22
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

ANA HADDY and GEORGE HADDY,
       Plaintiffs,

v.

UNITED STATES OF AMERICA,
       Defendant.

Civil Action EP-06-CA-324-FM

## CLERK'S MEMORANDUM ON TAXATION OF COSTS

Under consideration is Defendant United States of America's Bill of Costs filed March 19, 2008, in the above-captioned and numbered matter.

An Order GRANTING Defendant's Motion for Summary Judgment was entered by United States District Judge Frank Montalvo on February 29, 2008.

The case is now before the Clerk, by his undersigned deputy, whose duty it is to make a determination of allowable costs, if any, which are properly taxable. Plaintiff has filed no opposition to the Bill of Costs. Therefore, the costs are uncontested and the undersigned declines to intervene. Accordingly, costs are hereby taxed against Plaintiffs Ana Haddy and George Haddy in the amount of $1,874.00.

The parties may within five (5) days file a motion for review of the Clerk's taxation of costs in accordance with Rule 54 (d) of the Federal Rules of Civil Procedure.

SIGNED and ENTERED this 11th day of April, 2008.

                        WILLIAM G. PUTNICKI, Clerk of Court

By: _____
      Thomas F. Hilburger, Divisional Office Manager